**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Ada Nwokedi,<br><br>                              **Plaintiff,**<br><br>                    **-against-**<br><br>Walgreen Co. and Duane Reade,<br><br>                              **Defendants.** | **1:25-cv-09687 (DEH) (SDA)**<br><br>**ORDER** |

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE.**

On November 26, 2025, Plaintiff filed a motion to "deny the venue change requested by Defendants[,]" which, as previously set forth, the Court construes as a motion to remand this action to the Supreme Court of the State of New York, Bronx County, pursuant to 28 U.S.C. § 1447. (Pl.'s Mot. to Deny Venue Change, ECF No. 12); *see also* Scheduling Order, ECF No. 15, at 1.) In accordance with Local Civil Rule 6.1 and the Court's Individual Practices, Defendants' response was due on December 10, 2025, but no response was filed.

It is hereby Ordered that, no later than December 17, 2025, Defendants shall respond to Plaintiff's motion. *See Silverman v. Citibank, N.A.*, No. 22-CV-05211 (GHW), 2023 WL 2753055, at *2 (S.D.N.Y. Mar. 31, 2023) ("On a motion to remand, the party seeking to sustain the removal, not the party seeking remand, bears the burden of demonstrating that removal was proper.").

**SO ORDERED.**

Dated:        New York, New York
              December 12, 2025

_____
STEWART D. AARON
United States Magistrate Judge