Pro Se Intake Unit
U.S. District Court, Southern District of New York
40 Foley Square, Room 105
New York, NY 10007

ADA NWOKEDI

Write the full name of each plaintiff or petitioner.

Case No. 1:25cv- 09687 (SDA)

-against-

WALGREEN Co.
Duane Reade

Write the full name of each defendant or respondent.

Letter re: Motion to stay Discovery

I have filled out the form and called 212 382 4794 but have not heard back from the clinic. It's been over a week.
The deadline to submit my opposition to the motion to stay discovery is December 31, 2025. I need the clinic assistance to response in legal terms, to the opposition to the motion to stay discovery. The federal courts, I was informed today (12/22/25) will be closed on 12/31/2025. If the judge

12-22-2025
Dated

ADA NWOKEDI
Name

Signature

Prison Identification # (if available)

25 Zabriskie St, Apt# 3D, Hackensack, NJ 07601
Address          City          State          Zip Code

Telephone Number (if available)

E-mail Address (if available)

will permit plaintiff to submit by January 2nd, 2026. But am hoping to submit by December 30th 2025.

Restpectifully,
Ada Nwokedi
(plaintiff)

Application GRANTED *nunc pro tunc*. The deadline for Plaintiff to respond to Defendants' motion to stay discovery is extended until January 15, 2026, the same date that Plaintiff's opposition to the motion to dismiss is due. (*See* 12/5/25 Scheduling Order, ECF No. 15.) Defendants shall file any reply no later than January 29, 2026. SO ORDERED.

Dated: January 6, 2026