**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Ada Nwokedi,

Plaintiff,

-against-

Walgreen Co. and Duane Reade,

Defendants.

1:25-cv-09687 (DEH) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE.**

In accordance with the Court's January 9, 2026 Order granting Plaintiff's request for an extension of time, Plaintiff's opposition to Defendants' motion to dismiss was due on February 17, 2026. (Mem. End., ECF No. 23.) As of the date of this Order, no opposition has been filed. Plaintiff shall file her opposition no later than March 10, 2026. Otherwise, the Court may consider the motion based only upon the papers filed by Defendants. If Plaintiff files an opposition by March 10, 2026, Defendants shall file any reply no later than March 24, 2026.

**SO ORDERED.**

Dated:       New York, New York
             February 24, 2026

_____
STEWART D. AARON
United States Magistrate Judge