UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Nwokedi,

                    Plaintiff,

          v.

Walgreen Co., et al.,

                    Defendants.

25 Civ. 9687 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

In this action, Plaintiff Ada Nwokedi ("Plaintiff"), proceeding pro se, seeks to "deny the venue change requested by" Defendants Walgreen Co. ("Walgreens") and Duane Reade (together, "Defendants"), which the Court construes as a motion to remand this action to the Supreme Court of the State of New York, New York County, pursuant to 28 U.S.C. § 1447. (Pl.'s Mot. to Deny Venue Change, ECF No. 12.)  On December 19, 2025, Magistrate Judge Aaron issued a Report and Recommendation (the "Report"), recommending that the motion be DENIED.  *See* ECF No. 19.  The docket reflects that service was effectuated three days later.  *See* Minute Entry, Dec. 22, 2025.

The deadline to file objections to the report and recommendation was January 2, 2026.  Ms. Nwokedi did not file any objections, nor did she seek an extension.  She did, however, continue to participate in the litigation as recently as January 9, 2026, when she sought and received an extension until February 17, 2026 to file an opposition to Defendants' motion to dismiss.  *See* Order, ECF No. 23.  The docket reflects that service was effectuated.  *See* Minute Entry, Jan 12, 2026.  Magistrate Judge Aaron *sua sponte* extended this deadline to March 10, 2026 when Ms. Nwokedi did not file an opposition.  *See* ECF No. 24.  No opposition has been filed.

In reviewing a magistrate judge's report and recommendation, a district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). "In a case such as this one, where no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." *Kuan v. Notoriety Grp. LLC*, No. 22 Civ. 1583, 2023 WL 3936749, at *1 (S.D.N.Y. June 9, 2023). The Court has reviewed the Report and has found no error, clear or otherwise.

It is hereby **ORDERED** that the Report is **ADOPTED IN FULL.** As set forth in the Report, Plaintiff does not dispute that Plaintiff and Defendants are citizens of different states or that the matter in controversy exceeds $75,000.00. Report at 3. Accordingly, Plaintiff's Motion for Remand, ECF No. 12, is **DENIED**.

The Clerk of Court is respectfully directed to terminate ECF No. 12.

SO ORDERED.

Dated: May 18, 2026
       New York, New York

_____
           DALE E. HO
    United States District Judge