UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Nwokedi,<br>Plaintiff,<br>v.<br>Walgreen Co. et al,<br>Defendants. | 25-CV-9687 (DEH)<br><u>ORDER</u> |

DALE E. HO, United States District Judge:

Plaintiff's objections to the Report and Recommendation of Magistrate Judge Aaron were due July 27, 2026. In light of Plaintiff's pro se status, the Court *sua sponte* EXTENDS the deadline to August 5, 2026. Plaintiff is directed to file objections or a letter stating that she has no objections by that date.

SO ORDERED.

Dated: July 29, 2026
New York, New York

DALE E. HO
United States District Judge