**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Ada Nwokedi,**

**Plaintiff,**

**-against-**

**Walgreen Co. and Duane Reade,**

**Defendants.**

**1:25-cv-09687 (DEH) (SDA)**

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE.**

The Court is in receipt of the July 28, 2026 letter (filed to the ECF docket on July 30, 2026) from Rosemary Alintah, Plaintiff's sister, advising the Court of Plaintiff's death. (Letter, ECF No. 28.) The Court construes this letter as a "statement noting the death" pursuant to Rule 25(a) of the Federal Rules of Civil Procedure. Therefore, any motion for substitution must be made within 90 days of service, *i.e.*, no later than October 28, 2026. *See* Fed. R. Civ. P. 25(a).

The Court shall hold a telephone conference on August 25, 2026 at 2:00 p.m. to discuss the status of this action. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090. Ms. Alintah is invited to dial in to the conference.

The Clerk of Court is respectfully requested to mail a copy of this Order to Ms. Alintah at her return address: 25 Zabriskie Street, Apt. 3D, Hackensack, NJ 07601.

**SO ORDERED.**

Dated: New York, New York
August 3, 2026

Stewart d. Aaron
______________________________
STEWART D. AARON
United States Magistrate Judge