UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADA NWOKEDI,

Plaintiff,

v.

WALGREEN CO., et al.,

Defendants.

25 Civ. 9687 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

In this action, Plaintiff Ada Nwokedi, proceeding pro se, brought this action asserting claims arising from her employment as a pharmacist at Duane Reade and eventual termination. On December 1, 2025, Defendants Walgreen Co. and Duane Reade ("Defendants") moved to dismiss. *See* ECF No. 8. On July 11, 2026, Magistrate Judge Aaron issued a Report and Recommendation (the "Report"), recommending that the motion be granted in part and that Plaintiff be given leave to amend. *See* ECF No. 26. The deadline to file objections to the Report was July 27, 2026. On July 28, 2026, Rosemary Alintah, sister to Ada Nwokedi, filed a statement noting the death of Plaintiff. ECF No. 28. As of the date of this Order, nearly two months later, there have been no motions for extensions of deadlines to object to Judge Aaron's Report, nor has there been a notice of substitution following Plaintiff's passing.

In reviewing a magistrate judge's report and recommendation, a district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). "In a case such as this one, where no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." *Kuan v. Notoriety Grp. LLC*, No. 22 Civ. 1583, 2023 WL 3936749, at *1 (S.D.N.Y. June 9, 2023). The Court has reviewed the Report and has found no error, clear or otherwise.

It is hereby **ORDERED** that the Report is **ADOPTED IN FULL.** As set forth in the Report, Ms. Nwokedi fails to state claims for unlawful termination, intentional infliction of emotional distress, or any other basis for relief. *See* Report at 9-14. However, the Court agrees that, except with respect to the emotional distress claim as time-barred, leave to amend is appropriate. *Cortec Indus., Inc. v. Sum Holding L.P.*, 949 F.2d 42, 48 (2d Cir. 1991) ("It is the usual practice upon granting a motion to dismiss to allow leave to replead."). Accordingly, Defendants' Motion to dismiss, ECF No. 9, is **GRANTED**. For the reasons stated in the Report, the claim for intentional infliction of emotional distress is **DISMISSED WITH PREJUDICE**. All other claims are **DISMISSED WITHOUT PREJUDICE**.

The Court notes that the deadline for substitution of parties is October 28, 2026. If no such motion, along with an amended complaint, is filed by that date, the case will be terminated.

The Clerk of Court is respectfully requested to mail a copy of this Order to Ms. Alintah at her return address: 25 Zabriskie Street, Apt. 3D, Hackensack, NJ 07601.

The Clerk of Court is respectfully directed to terminate ECF No. 8.

SO ORDERED.

Dated: August 26, 2026
New York, New York

DALE E. HO
United States District Judge